UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |
| This Document Relates To: | |
| *Glase, et al.* v. *Microsoft Corp.*,<br>No. 1:00-cv-01605 | |

### STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs John Glase and Bruce Wright (collectively, the "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal of the above-captioned action with prejudice.

The Plaintiffs and Microsoft will each bear their own costs and expenses in connection with the above-captioned case.

SO ORDERED this _16_ day of _July_, 2006.

_____
Hon. J. Frederick Motz
United States District Judge

Agreed to by:

_____  _____
Edward W. Cochran           David B. Tulchin
COCHRAN & COCHRAN           SULLIVAN & CROMWELL LLP
2872 Broxton Road           125 Broad Street
Shaker Heights, Ohio 44120  New York, New York 10004

                            Richard Wallis
                            Steven J. Aeschbacher
                            MICROSOFT CORPORATION
                            One Microsoft Way
                            Redmond, Washington 98052

*Counsel for John Glase and Bruce Wright*   *Counsel for Microsoft Corporation*